IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID TERRELL, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 11-1132 |
| ) | |
| DANIEL BURNS, ET AL., ) | |
|     Defendants. ) | |

## ORDER

AND NOW, this 11 day of March, 2013, upon consideration of plaintiff's Motion to Withdraw his Complaint [document #37], IT IS HEREBY ORDERED that the motion is GRANTED and the Clerk of Court shall mark the instant CASE CLOSED.

BY THE COURT:

_____, C.J.
The Honorable Gary L. Lancaster,
Chief United States District Judge

cc: Hon. Maureen P. Kelly,
    United States Magistrate Judge

    David Terrell, KE-8068
    SCI-Albion
    10745 Route 18
    Albion, PA 16475-0002

    All Counsel of record