IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DAVID TERRELL,                      )
          Plaintiff,                )
                                    )
     v.                             )  Civil Action No. 11-1132
                                    )
DANIEL BURNS, ET AL.,               )
          Defendants.               )

ORDER

AND NOW, this $1$ day of March, 2013, upon consideration

of plaintiff's Motion to Withdraw his Complaint [document #37],

IT IS HEREBY ORDERED that the motion is GRANTED and the Clerk of

Court shall mark the instant CASE CLOSED.

BY THE COURT:

_____, C.J.

The Honorable Gary L. Lancaster,
Chief United States District Judge

cc: Hon. Maureen P. Kelly,
    United States Magistrate Judge

    David Terrell, KE-8068
    SCI-Albion
    10745 Route 18
    Albion, PA 16475-0002

    All Counsel of record